No. 823. GUARANTEE TRUST Co. *v.* COLLINGS ET AL. May 6, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Clarence L. Cole* for petitioner. *Mr. Floyd H. Bradley* for respondents.

No. 824. COOLEY *v.* COMMISSIONER OF INTERNAL REVENUE. May 6, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Robert C. Cooley, pro se. Solicitor General Reed, Assistant Attorney General Wideman,* and *Mr. James W. Morris* for respondent.

No. 826. TIPTON ET AL. *v.* IRVING TRUST Co., TRUSTEE. May 6, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Robert W. Lyons* for petitioners. *Mr. Wm. D. Whitney* for respondent.

No. 856. JACKSON *v.* IRVING TRUST Co., TRUSTEE. May 6, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. C. Dickerman Williams* for petitioner. *Mr. Wm. D. Whitney* for respondent.

No. 868. MINOT ET AL. *v.* IRVING TRUST Co., TRUSTEE. May 6, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. George H. Engelhard* and *Carl S. Stern* for petitioners. *Mr. Wm. D. Whitney* for respondent.